SCWC-12-0000391

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

DARRYL H. ARRUDA,
Respondent/Claimant-Appellant,

vs.

WILLOCKS CONSTRUCTION CORP., and
HAWAI'I EMPLOYERS' MUTUAL INSURANCE COMPANY, INC.,
Petitioner and Respondent/Employer/Insurance Carrier-Appellee,

and

SPECIAL COMPENSATION FUND,
Respondent and Petitioner/Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-12-0000391; CASE NO. AB 2009-431(WH) (9-06-01590))

ORDER REJECTING APPLICATIONS FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, and Pollack, JJ.,
and Circuit Judge To'oto'o, assigned by reason of vacancy)

Petitioner and Respondent/Employer/Insurance Carrier-Appellee Willocks Construction Corp., and Hawai'i Employers' Mutual Insurance Company, Inc.'s application for writ of certiorari filed on February 16, 2014, and Respondent and

Petitioner/Appellee Special Compensation Fund's application for writ of certiorari filed on February 18, 2014, are hereby rejected.

DATED:  Honolulu, Hawaiʻi, March 27, 2014.

Robert E. McKee, Jr., for petitioner Willocks/HEMIC

Frances E.H. Lum and Nelson T. Higa for petitioner Special Compensation Fund

Stanford H. Masui and Erin B.J.H. Masui for respondent Arruda

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Faʻauuga Toʻotoʻo

